H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:(510)763-5700
Fax:(510)835-1311
Email: cas@hoffmanandlazear.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUR LA TABLE, INC., a Washington corporation,<br><br>Defendant. | Case No. 3:11-cv-00948-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**DATE:** June 17, 2011<br>**TIME:** 8:30 a.m.<br>**CRT RM.:** 8<br><br>Hon. Charles R. Breyer<br><br>Complaint filed: March 1, 2011 |

Joint Stip. and [Proposed] Order to Continue Case Management Conference      1      Case No. 3:11-cv-00948-CRB

1     WHEREAS, Plaintiff Nancy Dardarian ("Plaintiff") filed the Complaint in this action on March 1, 2011;

3     WHEREAS, Defendant Sur La Table, Inc. ("Defendant") filed its Answer to the Complaint on April 7, 2011;

5     WHEREAS, this action was related to the action entitled *Linda Petersen v. Sur La Table, Inc.*, Case No. 11-cv-01254 CRB by order of the Court on April 22, 2011.

7     WHEREAS, the initial case management conference in this case and the related *Petersen* action is currently set for June 17, 2011;

9     WHEREAS, on June 2, 2011, Plaintiff Amanda Georgino filed a petition with the Judicial Panel on Multidistrict Litigation ("JPML") to have her case (*Georgino v. Sur La Table, Inc.*, Case No. 2:11-cv-03522) transferred to the Northern District of California and coordinated with this action and the *Petersen* action;

13     WHEREAS, the parties to this action believe that conducting an initial case management conference while a Motion to Transfer a related case is pending would impose an undue burden on the parties and the Court if the JPML ultimately grants Georgino's Motion to Transfer, because any case management order issued at this stage would most likely need to be revised following the transfer of the *Georgino* case to this Court;

18     WHEREAS, the parties to the *Petersen* action have stipulated and requested that the Court continue the initial case management conference to August 12, 2011 or a date thereafter that is convenient for the Court.

21     THEREFORE, the parties hereby stipulate and respectfully request that the Court continue the Case Management Conference until August 12, 2011 or a date thereafter that is convenient for the Court. The parties will file their joint case management statement at least 7 days before the scheduled Case Management Conference.

///

///

///

Joint Stip. and [Proposed] Order to Continue Case Management Conference      2      Case No. 3:11-cv-00948-CRB

Dated: June 7, 2011

H. TIM HOFFMAN
ARTHUR W. LAZEAR
CHAD A. SAUNDERS
HOFFMAN & LAZEAR

By: /s/ Chad A. Saunders
     CHAD A. SAUNDERS

Attorneys for Plaintiff
NANCY DARDARIAN

Dated: June 7, 2011

SCOTT JACOBS
BRANDON CORBRIDGE
REED SMITH LLP

By: /s/ Brandon Corbridge
     Brandon Corbridge

Attorneys for Defendant
SUR LA TABLE, INC.

## ECF ATTESTATION

I, Chad A. Saunders, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

In compliance with General Order 45, X.B., I hereby attest that Brandon Corbridge concurred in this filing.

Dated: June 7, 2011

HOFFMAN & LAZEAR

By: /s/ Chad A. Saunders
     Chad A. Saunders

---

Joint Stip. and [Proposed] Order to Continue Case Management Conference     3     Case No. 3:11-cv-00948-CRB

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
5  DATED: June 10, 2011                    By: _____
6                                              Judge Charles R. Breyer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stip. and [Proposed] Order to
Continue Case Management            4                Case No. 3:11-cv-00948-CRB
Conference