Scott Jacobs, SBN 81980
sjacobs@reedsmith.com
Brandon Corbridge, SBN 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
SUR LA TABLE, INC.

H. Tim Hoffman (SBN 049141)
hth@hoffmanandlazear.com
Arthur W. Lazear (SBN 083603)
awl@hoffmanandlazear.com
Chad A. Saunders (SBN 257810)
cas@hoffmanandlazear.com
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:(510)763-5700
Fax:(510)835-1311

Attorneys for Plaintiff Nancy Dardarian

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>SUR LA TABLE, INC., a Washington corporation<br><br>     Defendant. | No.: 3:11-cv-00948-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)** |

1  WHEREAS, on February 16, 2011, Amanda Georgino filed a class action complaint in the
2  Superior Court of California, County of Los Angeles, Case No. BC455406, on behalf of herself and
3  a proposed statewide class consisting of all persons in California from whom Defendant Sur La
4  Table, Inc. ("Sur La Table") requested and recorded personal identification information in
5  conjunction with a credit card transaction (the "*Georgino* Action").

6  WHEREAS, on March 1, 2011, Plaintiff Nancy Dardarian filed the Complaint in this action
7  on behalf of herself and a proposed statewide class of all persons in California from whom Sur La
8  Table requested and recorded personal identification information in conjunction with a credit card
9  transaction;

10  WHEREAS, on April 25, 2011, the *Georgino* Action was removed to the United States
11  District Court for the Central District of California, Case No. CV11-03522 MMM/JEM;

12  WHEREAS, the parties to this action believe that the interest of justice, including the interest
13  in judicial economy, would be best served by transferring this action to the United States District
14  Court for the Central District of California where the first-filed *Georgino* Action is pending;

15  THEREFORE, the parties hereby stipulate and respectfully request that the Court transfer
16  this action to the United States District Court for the Central District of California pursuant to 28
17  U.S.C. § 1404(a).

18  IT IS SO STIPULATED.

19  DATED: August 26, 2011                REED SMITH LLP

20                                        By  */s/ Scott H. Jacobs*
21                                            Scott H. Jacobs
                                              Brandon W. Corbridge
22                                            Attorneys for Defendant
                                              SUR LA TABLE, INC.
23

24  DATED: August 26, 2011                HOFFMAN & LAZEAR

25                                        By  */s/ Chad A. Saunders*
                                              H. Tim Hoffman
26                                            Arthur W. Lazear
                                              Chad A. Saunders
27                                            Attorneys for Plaintiff
                                              NANCY DARDARIAN, on behalf of herself and
28                                            all others similarly situated

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ECF ATTESTATION

I, Scott H. Jacobs, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 28 U.S.C. § 1404(a)**

In compliance with General Order 45, X.B., I hereby attest that Chad A. Saunders concurred in this filing.

Dated: August 26, 2011                REED SMITH LLP


                                      By:  /s/ Scott H. Jacobs
                                           Scott H. Jacobs

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that this matter is TRANSFERRED to the United States District Court for the Central District of California. 28 U.S.C. § 1404(a); *see Bennet v. Bed Bath & Beyond, Inc., et al.*, No. 11-02220, 2011 U.S. Dist. LEXIS 79973 (N.D. Cal. Jul. 22, 2011).

**IT IS SO ORDERED.**

DATED: August 29, 2011

By: _____
Honorable Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer